UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

R&L CARRIERS, INC.,

    Plaintiff

v                                        Civil: C-1-09-445

QUALCOMM, INC.

    Defendant

## ORDER OF TRANSFER

The above-entitled case is transferred from the docket of The Honorable Herman J. Weber to the docket of Judge Sandra S. Beckwith.

**IT IS SO ORDERED.**


                                                s/Herman J. Weber
                                          Herman J. Weber, Senior Judge
                                          United States District Court


                                                s/Sandra S. Beckwith
                                          Sandra S. Beckwith, Judge
                                          United States District Court