## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

R+L Carriers, Inc.,
    Plaintiff

-vs-                                     Case No. 1:09-cv-445

Qualcomm, Inc.,
    Defendant

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is **GRANTED nunc pro tunc** as of July 15, 2010.  Plaintiff's amended complaints and counterclaims are dismissed with prejudice.


Date: September 21, 2010                  James Bonini, Clerk


                                                  By: s/Mary C. Brown
                                                  Mary C. Brown, Deputy Clerk