UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: Bill of Lading Transmission and Processing System Patent Litigation | MDL Docket No. 1:09-md-2050 |
| | JUDGE BECKWITH |
| This document relates to: | |
| R+L CARRIERS, INC. Plaintiff, | Case No.: 1:09-cv-445 |
| vs. | AGREED ENTRY OF FINAL JUDGMENT |
| QUALCOMM, INC., Defendant. | |

Upon consideration of R+L Carriers, Inc. ("R+L") and Qualcomm, Inc.'s ("Qualcomm, Inc." and together with R+L, the "Parties") Joint Motion for an Agreed Entry of Final Judgment, and for other good cause shown, it is hereby ORDERED AND ADJUDGED THAT:

    (a)    the Parties' Joint Motion for an Agreed Entry of Final Judgment is GRANTED;

    (b)    all of R+L's claims against Qualcomm are DISMISSED WITH PREJUDICE, and judgment is hereby entered in favor of Qualcomm on those claims;

    (c)    judgment is hereby entered in favor of Qualcomm against R+L on Qualcomm's counterclaim of non-infringement;

    (d)    Qualcomm's counterclaim seeking a declaratory judgment of invalidity of U.S. Patent 6,401,078 is DISMISSED WITHOUT PREJUDICE as moot;

    (e)    Qualcomm's exceptional case counterclaim is DISMISSED WITHOUT PREJUDICE in view of the Court's order extending the deadline for Qualcomm to file any

motion for costs, attorneys' fees, an exceptional case determination, or other reliefuntil after the Court of Appeals for the Federal Circuit enters its mandate on R+L's appeal of this Court's Final Judgment, or the time has expired for filing an appeal if no appeal is filed;

(f)　any and all pending motions filed by Qualcomm are DENIED WITHOUT PREJUDICE as moot;

(g)　this is a final and appealable judgment of non-infringement as to Qualcomm under Fed. R. Civ. P. 54(b) entered upon an express determination that there is no just reason for delay; and

(h)　nothing in this Agreed Entry shall preclude the Parties from taking an appropriate appeal permitted under law of any adverse determination including, but not limited to, the Court's May 19, 2014 Order (Docket No. 372).

SO ORDERED,

Date: 8/12/14

_____
The Honorable Sandra S. Beckwith

Agreed to by:

_____/s/ Anthony C. White_____
Anthony C. White　　(0062146)
THOMPSON HINE LLP
41 S. High Street, Suite 1700
Columbus, OH 43215-6101
Tel: (614) 469-3200; Fax: (614) 469-3361
Tony.White@ThompsonHine.com

*Counsel for Plaintiff R+L Carriers, Inc.*

2

_____/s/ Richard S. Zembek_____
Richard S. Zembek
FULBRIGHT & JAWORSKI LLP
Fulbright Tower
1301 McKinney, Suite 5100
Houston, TX  77010-3095
Tel:  (713) 651-5151; Fax:  (713) 651-5246
richard.zembek@nortonrosefulbright.com

*Counsel for Defendant Qualcomm, Inc.*